HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JASON SEBASTIAN SPARKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-095-JAM |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO ADVANCE PRELIMINARY EXAMINATION |
| vs. | |
| JASON SEBASTIAN SPARKS, | Date: May 11, 2016 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney, Shelley D. Weger, attorney for Plaintiff, and Assistant Federal Defender, Jerome Price, attorney for Jason Sebastian Sparks, that:

1. The Complaint in this case was filed on April 27, 2016. Defendant appeared before Honorable Kendall J. Newman on April 27, 2016.

2. By this stipulation, the parties jointly move to advance the preliminary hearing date from May 11, 2016, at 2:00 p.m., to May 9, 2016 at 2:00 p.m., before duty Magistrate Judge Kendall J. Newman.

3. An indictment has been filed on May 5, 2016 and thus, the hearing will be an arraignment on the Indictment instead of a preliminary hearing.

IT IS SO STIPULATED.

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 6, 2016                         */s/ Jerome Price*
                                          JEROME PRICE
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          JASON SEBASTIAN SPARKS

Date: May 6, 2016                         PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          */s/ Shelley D. Weger*
                                          SHELLEY D. WEGER
                                          Assistant U.S. Attorney
                                          Attorneys for Plaintiff

**O R D E R**

The Court has reviewed and considered the parties' above stipulation. The Court accepts the stipulation in its entirety and hereby ORDERS that the preliminary hearing be advanced from May 11, 2016 to May 9, 2016 at 2:00 p.m., before the duty Magistrate Judge.

IT IS SO ORDERED.

Date: May 6, 2016                         _____
                                          HON. EDMUND F. BRENNAN
                                          United States Magistrate Judge