HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
jerome_price@fd.org

Attorney for Defendant
JASON S. SPARKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-00095-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| JASON SEBASTIAN SPARKS, | Date: August 16, 2016<br>Time: 9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through, Shelley D. Weger, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Jerome Price, attorney for Jason Sebastian Sparks that the status conference, currently scheduled for August 16, 2016, **may be continued to October 25, 2016 at 9:15 a.m**.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, including to view and analyze the physical discovery (consisting of a desktop computer, 16 GB memory card; cellphone, digital camera, and a DVD)  that is made available only at an offsite government facility in accordance with the Adam Walsh Act.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 25, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

    Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                Respectfully submitted,

Dated:  August 11, 2016            HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Jerome Price*
                                          JEROME PRICE
                                          Assistant Federal Defender
                                          Attorney for JASON S. SPARKS

Dated: August 11, 2016

                                          PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          */s/ Shelley D. Weger*
                                          SHELLEY D. WEGER
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 25, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the August 16, 2016 status conference shall be continued until October 25, 2016, at 9:15 a.m.**

Dated:  August 11, 2016          /s/ John A. Mendez_____
                                 HON. JOHN A. MENDEZ
                                 United States District Court Judge