PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00095-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JASON SEBASTIAN SPARKS, | DATE: May 23, 2017<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 23, 2017.

2. By this stipulation, defendant now moves to continue the status conference until June 27, 2017 at 9:15 a.m., and to exclude time between May 23, 2017, and June 27, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 400 pages of documents, an audio and video recording of the defendant's interview with law enforcement, as well as a computer and other physical evidence that contains material protected by the Adam Walsh Act. All of this discovery has been either produced directly to counsel and/or made available for inspection.

   b) Since the last request for a continuance, defense counsel has met with his client

and discussed the evidence and potential resolutions. Defense counsel needs additional time to review some of the evidence that is specific to the guideline calculation and therefore, directly relevant to the resolution of this case, and to discuss this evidence with his client. The additional time is needed in part because there were some technical difficulties the day defense counsel went to law enforcement offices to review this evidence. In addition, defense counsel will be out of the office on work-related matters the week of May 29, 2017.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 23, 2017 to June 27, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**T**HE **REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 22, 2017
PHILLIP A. TALBERT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: May 22, 2017
/s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
Jason Sebastian Sparks

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of May, 2017.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE