PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

FILED

SEP 12 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00095-JAM |
| Plaintiff, | APPLICATION FOR PRELIMINARY ORDER OF FORFEITURE AND PUBLICATION THEREOF |
| v. | |
| JASON SEBASTIAN SPARKS, | |
| Defendant. | |

On or about August 29, 2017, plaintiff United States of America and defendant Jason Sebastian Sparks entered into a plea agreement in which the defendant agreed to forfeit his right, title, and interest in the below-described asset. Plaintiff hereby applies for entry of a Preliminary Order of Forfeiture as to the interest of defendant Jason Sebastian Sparks as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Jason Sebastian Sparks' interest in the following assets shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. One desktop computer with no make, model or serial number, that contains a Seagate Barracuda 7200 hard drive with serial number 6VPGSAAS; and

    b. A LG Nexus 4 cell phone, serial number 01BEB5FA198867B9.

2. The above-listed property was used or intended to be used to commit or to promote the commission of violation of 18 U.S.C. § 2252(a)(2).

1

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

Dated: 9/8/2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant U.S. Attorney

PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00095-JAM |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| JASON SEBASTIAN SPARKS, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Jason Sebastian Sparks it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Jason Sebastian Sparks' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. One desktop computer with no make, model or serial number, that contains a Seagate Barracuda 7200 hard drive with serial number 6VPGSAAS; and

    b. A LG Nexus 4 cell phone, serial number 01BEB5FA198867B9.

2. The above-listed property was used or intended to be used to commit or to promote the commission of violation of 18 U.S.C. § 2252(a)(2).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals

1

Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

SO ORDERED this __11th__ day of __September__, 2017.

JOHN A. MENDEZ
United States District Judge